JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CESAR BATRES HERNANDEZ, | Case No. 5:26-cv-02301-MAR |
| Petitioner, | |
| v. | JUDGMENT |
| ACTING WARDEN, et al., | |
| Respondents. | |

Pursuant to the Order Granting Petition, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**.

Dated: May 15, 2026

_____

HONORABLE MARGO A. ROCCONI
United States Magistrate Judge